**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Eric John Tudela MAFNAS,**
**Defendant–Appellant.**

**No. 06–10138.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 4, 2007.*

Filed June 14, 2007.

Timothy E. Moran, Esq., Office of the U.S. Attorney, Saipan, MP, for Plaintiff–Appellee.

Howard Trapp, Esq., Hagatna, GU, for Defendant–Appellant.

Before: THOMPSON, BERZON, and TALLMAN, Circuit Judges.

MEMORANDUM **

There was no double jeopardy. Mafnas received credit for the time he served in prison during the post-verdict, pre-sentencing period. *See* 18 U.S.C. § 3585(b)(1). So, the disturbing allegations concerning the conditions at the Guam prison notwithstanding, the post-

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36–3.

verdict, pre-sentence detention was *part of* rather than *in addition to* the 235–month sentence he received as a result of his conviction. There was therefore no double punishment for a single crime to justify dismissal of the indictment, *see North Carolina v. Pearce,* 395 U.S. 711, 717, 89 S.Ct. 2072, 23 L.Ed.2d 656 (1969), *overruled on other grounds by Alabama v. Smith,* 490 U.S. 794, 795, 109 S.Ct. 2201, 104 L.Ed.2d 865 (1989), and the conviction is

**AFFIRMED.**